UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KYLE P TATE,

      Plaintiff,

v.

                                      Case No.:  6:26-cv-01204-GAP-DCI

FOX NEWS NETWORK, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY; FOX TELEVISION
STATIONS, LLC, A DELAWARE
LIMITED LIABILITY COMPANY;
AND OREGON TELEVISION LLC,

      Defendants,

                                        /

### ORDER

On July 8, 2026, Defendants Fox News Network, LLC and Fox Television Stations, LLC ("Defendants") filed a Motion to Dismiss Plaintiff Kyle P. Tate's ("Plaintiff's") Complaint. Doc. 18; *see* Doc. 1-1 at 3-36. However, on July 29, 2026, Plaintiff filed his first Amended Complaint. Doc. 27; *see* Fed. R. Civ. P. 15(a)(1). "Under the Federal Rules, an amended complaint supersedes the original complaint." *Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982). Therefore, Defendants' Motion to Dismiss has been rendered moot. *See id.*

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's

Complaint (Doc. 18) is hereby **DENIED as moot**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 30, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party