UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KYLE P TATE,

Plaintiff,

v. Case No.: 6:26-cv-01204-GAP-DCI

FOX NEWS NETWORK, LLC, A DELAWARE LIMITED LIABILITY COMPANY; FOX TELEVISION STATIONS, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND OREGON TELEVISION LLC,

Defendants,
___________________________________/

## **ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **Oregon Television LLC'S Unopposed Motion for Leave to Conventionally file Audiovisual Exhibits (Doc. 37)** |
| **FILED:** | **September 4, 2026** |

**THEREON** it is **ORDERED** that the motion is GRANTED. Defendant Oregon Television, LLC may deliver to the Clerk of Court a USB flash drive featuring the audiovisual material in support of their Motion to Dismiss.

**DONE** and **ORDERED** in Orlando, Florida on September 8, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties