UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KYLE P TATE,

Plaintiff,

v. Case No.: 6:26-cv-01204-GAP-DCI

FOX NEWS NETWORK, LLC, A DELAWARE LIMITED LIABILITY COMPANY; FOX TELEVISION STATIONS, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND OREGON TELEVISION LLC,

Defendants,
_________________________________/

## ORDER ON ENTITLEMENT TO ATTORNEY FEES

This matter came before the Court without oral argument on Defendants Fox News Network, LLC, Fox Television Stations, LLC, and Oregon Television, LLC's ("Defendants' ") Motion to Dismiss. Doc. 35. The Court has also considered Plaintiff Kyle P. Tate's ("Plaintiff's") Response in Opposition. Doc. 46.

The Florida statutes prohibit filing suits that are "without merit" and which are filed "primarily because [the defendants] ha[ve] exercised the constitutional right of free speech in connection with a public issue[.]"[1] Fla. Stat. § 768.295(3). On

[1] "Free speech in connection with public issues" is defined by the statute as "any written or oral statement that is protected under applicable law and…is made in or in connection with

October 13, 2026, this Court docketed an Order granting Defendants' motion to dismiss, finding that "the fair report privilege…plainly applies" to the reporting underlying Plaintiff's meritless claims. *See* Doc. 53 at 10. Moreover, the Court recognized that the reporting at issue in the case "was important, newsworthy information of significant value to the local community." *Id.* at 9.

"The court shall award the prevailing party reasonable attorney fees and costs incurred in connection with a claim that an action was filed in violation of this section." Fla. Stat. § 768.295(4). This Court dismissed Plaintiff's case with prejudice, leaving no question that Defendants are the prevailing party. *See id.*; *see generally* Doc. 53.

Accordingly, it is **ORDERED** that Defendants are **ENTITLED** to their "reasonable attorney fees and costs" incurred in connection with defending this case. *Id.*; Local Rule 7.01(a)-(b). In accordance with Local Rule 7.01(c), Defendants **SHALL** file a supplemental motion on amounts **on or before November 2, 2026**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 14, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

a…television program, radio broadcast, audiovisual work, book, magazine article, musical work, [or] news report[.]" Fla. Stat. § 768.295(2)(a).

Copies furnished to:

Counsel of Record
Unrepresented Party